IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adelita Gonzales,<br><br>            Plaintiff,<br><br>vs.<br><br>Delivery Financial Services LLC,<br><br>            Defendant. | No.  CV-19-08304-PCT-SPL<br><br>**ORDER** |

Pursuant to Plaintiffs' Notice of Dismissal (Doc. 11),

**IT IS ORDERED** that this matter is dismissed **with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

Dated this 3rd day of February, 2020.

                                          Honorable Steven P. Logan
                                          United States District Judge